IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MICHAEL DEWAYNE HASTINGS,
ADC #110772                                                                                    PLAINTIFF

V.                    CASE NO. 2:09CV00187 BSM-HLJ

BOBBY MAY, et al.                                                                              DEFENDANTS

## ORDER

The court has received the partial recommended disposition from Magistrate Judge Henry L. Jones, Jr. The parties have filed no objections. After carefully reviewing the partial recommended disposition and reviewing the record *de novo*, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety

Defendants Waters and Collins are hereby DISMISSED from plaintiff's complaint.

IT IS SO ORDERED this 3rd day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE