# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**Michael Dwayne Hastings,**
**ADC #110772**                                                                                          **PLAINTIFF**

v.                           **CASE NO. 2:09cv00187 BSM/JTK**

**Bobby May, et al**                                                                                       **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Joe J. Volpe have been received. No objections have been filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' motion for summary judgment [Doc. No. 31] is GRANTED in part and DENIED in part.

2. Defendant's motion for summary judgment is GRANTED with respect to plaintiff's allegations against defendant Bobby May. All claims against Bobby May are DISMISSED.

3. Defendants' motion for summary judgment is GRANTED with respect to plaintiff's allegations against defendants in their official capacities, and with respect to access to the courts and denial of visitation allegations.

4. Defendant's motion for summary judgment is DENIED with respect to

plaintiff's medical conditions, failure to protect, and retaliation claims.

5.  Defendant's motion for summary judgment is GRANTED with respect to plaintiff's claim for failure to protect from a injury from fright between a former guard and an inmate.

6.  Defendants "John Does, County Commissioners, St. Francis County" are DISMISSED for Plaintiff's failure to serve, pursuant to Fed. R. Civ. P. 4(m).

7.  An evidentiary hearing be scheduled on the remaining claims.

Dated this 25th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE