**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**MICHAEL DEWAYNE HASTINGS,**                               **PLAINTIFF**
**ADC #110772**

**v.**              **CASE NO. 2:09CV00187-BSM-JJV**

**BOBBY MAY, Sheriff, St. Francis
County Jail; et al.**                                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 29th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE